# EXHIBIT F

# AFFIDAVIT OF SERVICE

| | | | |
|---|---|---|---|
| **Case:**<br>2026cv32469 | **Court:**<br>Arapahoe County District Court | **County:**<br>United States, Colorado | **Job:**<br>16857331 (Rogers) |
| **Plaintiff / Petitioner:**<br>Krista Rogers | | **Defendant / Respondent:**<br>Metropolitan Life Insurance Company | |
| **Received by:**<br>Cole Scanlon | | **For:**<br>Silvern & Bulger PC | |
| **To be served upon:**<br>Metropolitan Life Insurance Company / REGISTERED AGENT: C T Corporation System | | | |

DATE FILED
September 16, 2026 10:48 AM
FILING ID: 2B3CA24787AC5
CASE NUMBER: 2026CV32469

I, Cole Scanlon, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Lincoln Nagel, Intake Specialist , 7700 EAST ARAPAHOE ROAD 220, CENTENNIAL, CO 80120

**Manner of Service:** Registered Agent, Sep 15, 2026, 10:02 am MDT

**Documents:** KR summons.pdf, civil cover sheet.pdf, State Court complaint.pdf

**Additional Comments:**
1) Successful Attempt: Sep 15, 2026, 10:02 am MDT at 7700 EAST ARAPAHOE ROAD 220, CENTENNIAL, CO 80120 received by Lincoln Nagel, Intake Specialist .

09/15/2026

Cole Scanlon **Date**

PI 2 Investigations, LLC
PO BOX 323
JOHNSTOWN, CO 80534