# EXHIBIT I

| | |
|---|---|
| DISTRICT COURT, COUNTY OF ARAPAHOE COLORADO<br>Court address: 7325 South Potomac Street<br>Centennial, Colorado 80112<br><br>**Plaintiffs: KRISTA ROGERS**<br><br>v.<br><br>**Defendant: THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | DATE FILED<br>October 1, 2026 12:25 PM<br>FILING ID: ED0BE21CEF34D<br>CASE NUMBER: 2026CV32469 |
| Attorney for Plaintiff:<br>Thomas A. Bulger, Reg. #29390<br>Silvern & Bulger, P.C.<br>363 South Harlan Street, Suite 205<br>Lakewood, Colorado 80226<br>Phone Number: 303-292-0044<br>Fax Number: 303-292-1466<br>e-mail: counsel@silvernbulger.com | Case No.: 2026cv032469<br><br>Div.: 31 |
| **SUMMONS - AMENDED** | |

**The People of the State of Colorado**
**To the Defendant named above:**

You are summoned and required to file with the clerk of this court an answer or other response to the attached complaint within twenty-one (21) days after this summons is served on you in the State of Colorado, or within thirty-five (35) days after this summons is served on you outside the State of Colorado.

If you fail to file your answer or other response to the complaint in writing within the applicable time period, judgment by default may be entered against you by the court for the relief demanded in the complaint, without any further notice to you.

This summons is issued pursuant to Rule 4, C.R.C.P. as amended. A copy of the Complaint must be served with this Summons.

Date: **September 28, 2026**

Thomas A. Bulger, Esq.
*Counsel for Plaintiff*