# EXHIBIT J

# AFFIDAVIT OF SERVICE

| | | | |
|---|---|---|---|
| **Case:**<br>2026cv32469 | **Court:**<br>U.S. District Court | **County:**<br>n/a, Colorado | **Job:**<br>16959980 (Rogers) |
| **Plaintiff / Petitioner:**<br>Krista Rogers | | **Defendant / Respondent:**<br>The Lincoln National Life Insurance Company | |
| **Received by:**<br>Cole Scanlon | | **For:**<br>Silvern & Bulger PC | |
| **To be served upon:**<br>The Lincoln National Life Insurance Company / REGISTERED AGENT: Corporation Service Company | | | |

DATE FILED
October 1, 2026 12:25 PM
FILING ID: ED0BE21CEF34D
CASE NUMBER: 2026CV32469

I, Cole Scanlon, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Shannon White, Receptionist , 1900 WEST LITTLETON BOULEVARD, LITTLETON, CO 80120

**Manner of Service:** Registered Agent, Oct 1, 2026, 8:15 am MDT

**Documents:** KR amended summons.pdf, civil cover sheet - amended.pdf, State Court complaint - amended.pdf

**Additional Comments:**
1) Successful Attempt: Oct 1, 2026, 8:15 am MDT at 1900 WEST LITTLETON BOULEVARD, LITTLETON, CO 80120 received by Shannon White, Receptionist .

10/01/2026

Cole Scanlon **Date**

PI 2 Investigations, LLC
PO BOX 323
JOHNSTOWN, CO 80534