# EXHIBIT K

| | |
|---|---|
| DISTRICT COURT, ARAPAHOE COUNTY<br>STATE OF COLORADO<br>Court address: 7325 South Potomac Street<br>Centennial, Colorado 80112 | DATE FILED<br>October 21, 2026 10:17 AM<br>FILING ID: 88C2892C59039<br>CASE NUMBER: 2026CV32469 |
| Plaintiff: KRISTA ROGERS<br><br>v.<br><br>Defendant: THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | *This box is for court use only.* |
| *Attorney for Defendant*<br>Corey B. Hirsch, Atty. Reg. No. 62921<br>CROWELL & MORING, LLP<br>1601 Wewatta Street<br>Suite 815<br>Denver, CO 80202<br>Phone Number: (929) 777-1184<br>e-mail: chirsch@crowell.com | Case No.: 2026-cv-032469<br><br>Division: 31 |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned appears as counsel to Defendant The Lincoln National Life Insurance Company in the above-captioned action and hereby requests that all papers and notices of all proceedings in this action be sent to him.

Dated this 21st day of October, 2026.

By: */s/ Corey B. Hirsch*

Corey B. Hirsch, Atty. Reg. No. 60086
**CROWELL & MORING LLP**
1601 Wewatta Street, Suite 815
Denver, CO 80202
Telephone: (303) 524-8660
Facsimile: (303) 524-8650
CHirsch@crowell.com
*Attorney for Defendant*
*The Lincoln National Life Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify, pursuant to C.R.C.P. 5 and 121, that on this 21st day of October, 2026, I served a true and correct copy of this **ENTRY OF APPEARANCE** was served upon the following via electronic service through the Colorado Courts E-Filing system (www.jbits.courts.state.co.us/efiling):

Thomas A. Bulger
Silvern & Bulger, P.C.
363 South Harlan Street,
Suite 205
Lakewood, Colorado 80226
*Attorney for Plaintiff Krista Rogers*

Dated: October 21, 2026.

By: */s/ Katarina Castillo*
**CROWELL & MORING LLP**