# EXHIBIT L

| | |
|---|---|
| DISTRICT COURT, ARAPAHOE COUNTY<br>STATE OF COLORADO<br>Court address: 7325 South Potomac Street<br>Centennial, Colorado 80112 | DATE FILED<br>October 21, 2026 10:17 AM<br>FILING ID: 88C2892C59039<br>CASE NUMBER: 2026CV32469 |
| Plaintiff: KRISTA ROGERS<br><br>v.<br><br>Defendant: THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | *This box is for court use only.* |
| *Attorney for Defendant*<br>Corey B. Hirsch, Reg. # 62921<br>CROWELL & MORING, LLP<br>1601 Wewatta Street<br>Suite 815<br>Denver, CO 80202<br>Phone Number: (929) 777-1184<br>e-mail: chirsch@crowell.com | Case No.: 2026-cv-032469<br><br>Division: 31 |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER PLAINTIFF'S AMENDED COMPLAINT**

The undersigned certifies, pursuant to C.R.C.P. 121 § 1-15(d)(8), that on October 20, 2026, counsel for Defendant The Lincoln National Life Insurance Company conferred with Thomas A. Bulger of Silvern & Bulger, P.C., counsel for Plaintiff, Krista Rogers ("Plaintiff" or "Rogers"), and Plaintiff's counsel does not oppose this request.

Defendant, by and through its undersigned counsel, respectfully moves this Court pursuant to C.R.C.P. 6(b) and C.R.C.P. 12(a)(1) for an enlargement of time to answer or otherwise respond to Plaintiff's Amended Complaint, and in support thereof states as follows:

1. On September 22, 2026, Plaintiff filed her Amended Complaint and Jury Trial Demand against Defendant in the District Court, County of Arapahoe, State of Colorado.

2. On October 1, 2026, Defendant was served with the Amended Complaint and an Amended Summons by personal service on its registered agent, CSC, in Colorado.

3. Defendant's current deadline to respond to Plaintiff's Amended Complaint pursuant to C.R.C.P. 12(a)(1), is October 22, 2026.

4. Defendant requires additional time to carefully investigate, evaluate, and analyze the allegations contained in the Amended Complaint in order to prepare its response.

5. This motion is filed prior to the expiration of Defendant's current deadline to answer. This is Defendant's first request for an enlargement of time in this matter. Granting this motion will not prejudice Plaintiff. The case is in its earliest stages, no scheduling order or case management order has been entered, and no discovery has commenced.

6. Good cause exists to grant the requested extension under C.R.C.P. 6(b)(1).

**WHEREFORE**, Defendant respectfully requests that this Court enter an Order extending the deadline for Defendant to answer or otherwise respond to Plaintiff's Amended Complaint to and including **October 31, 2026,** and for such other and further relief as the Court deems appropriate.

Respectfully submitted this 21st day of October, 2026.

Dated this 21st day of October, 2026.

By: *_/s/ Corey B. Hirsch_*

Corey B. Hirsch, Atty. Reg. No. 60086
**CROWELL & MORING LLP**
1601 Wewatta Street, Suite 815
Denver, CO 80202
Telephone: (303) 524-8660
Facsimile: (303) 524-8650
CHirsch@crowell.com
*Attorney for Defendant*
*The Lincoln National Life Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify, pursuant to C.R.C.P. 5 and 121, that on this 21st day of October, 2026, I served a true and correct copy of this **DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER PLAINTIFF'S AMENDED COMPLAINT** was served upon the following via electronic service through the Colorado Courts E-Filing system (www.jbits.courts.state.co.us/efiling):

Thomas A. Bulger
Silvern & Bulger, P.C.
363 South Harlan Street,
Suite 205
Lakewood, Colorado 80226
*Attorney for Plaintiff Krista Rogers*

By: */s/ Katarina Castillo*
**CROWELL & MORING LLP**