# EXHIBIT M

| | |
|---|---|
| DISTRICT COURT, ARAPAHOE COUNTY<br>STATE OF COLORADO<br>Court address: 7325 South Potomac Street<br>Centennial, Colorado 80112 | DATE FILED<br>October 21, 2026 10:17 AM<br>FILING ID: 88C2892C59039<br>CASE NUMBER: 2026CV32469 |
| Plaintiff: KRISTA ROGERS<br><br>v.<br><br>Defendant: THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | *This box is for court use only.* |
| *Attorney for Defendant*<br>Corey B. Hirsch, Reg. # 62921<br>CROWELL & MORING, LLP<br>1601 Wewatta Street<br>Suite 815<br>Denver, CO 80202<br>Phone Number: (929) 777-1184<br>e-mail: chirsch@crowell.com | Case No.: 2026-cv-032469<br><br>Division: 31 |
| **[PROPOSED] ORDER RE: DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER PLAINTIFF'S AMENDED COMPLAINT** | |

THIS MATTER, having come before the Court on the Defendant's Unopposed Motion For Enlargement of Time to Answer Plaintiff's Amended Complaint ("Motion"), and the COURT, having reviewed the Motion and being fully advised in the premises, hereby GRANTS the Motion and ORDERS that Defendant The Lincoln National Life Insurance Company Kaiser shall have up to and including October 31, 2026 to respond to Plaintiff's Complaint.

SO ORDERED this _____ day of October, 2026.

______________________________
District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify, pursuant to C.R.C.P. 5 and 121, that on this 21st day of October, 2026, I served a true and correct copy of this **[PROPOSED] ORDER RE: DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER PLAINTIFF'S AMENDED COMPLAINT** was served upon the following via electronic service through the Colorado Courts E-Filing system (www.jbits.courts.state.co.us/efiling):

Thomas A. Bulger
Silvern & Bulger, P.C.
363 South Harlan Street,
Suite 205
Lakewood, Colorado 80226
*Attorney for Plaintiff Krista Rogers*

By: */s/ Katarina Castillo*
**CROWELL & MORING LLP**