# EXHIBIT O

# Register of Actions

| | | | | | |
|---|---|---|---|---|---|
| Filed by Plaintiff/Petitioner | **Case Number:** | 2026CV032469 | **Division:** | 31 |
| Filed by Defendant/Respondent | **Case Type:** | Breach of Contract | **Judicial Officer:** | Thomas Willard Henderson IV |
| Filed by Court | **Case Caption:** | Rogers, Krista v. The Lincoln National Life Insurance Co | **Court Location:** | Arapahoe County |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 10/22/2026 4:14 PM | Thomas Willard Henderson IV | Arapahoe County | N/A | Order | Order: Order Re: Defendant Unopposed Motion for Enlargement of Time to Answer Plaintiff Amended Complaint- So Ordered | Public |
| 88C2892C59039 | 10/21/2026 10:17 AM | Corey Benjamin Hirsch | Crowell and Moring LLP | The Lincoln National Life Insurance Co | Entry of Appearance | Entry of Appearance | Public |
| | | | | | Motion | Defendant Unopposed Motion for Enlargement of Time to Answer Plaintiff Amended Complaint | Public |
| | | | | | Proposed Order | Order Re: Defendant Unopposed Motion for Enlargement of Time to Answer Plaintiff Amended Complaint | Public |
| ED0BE21CEF34D | 10/01/2026 12:25 PM | Thomas Anselm Bulger | Silvern & Bulger, P.C. | Krista Rogers | Summons | Summons - Amended | Public |
| | | | | | Return of Service | Return of Service of Amended Summons, Amended District Court Civil Cover Sheet, and Amended Complaint and Jury Trial Demand on The Lincoln National Life Insurance Company on 10/1/2026 | Public |
| C1D6B3B5AD5E5 | 09/22/2026 10:57 AM | Thomas Anselm Bulger | Silvern & Bulger, P.C. | Krista Rogers | Complaint - Amended | Amended Complaint and Jury Trial Demand | Public |
| | | | | | Civil Case Cover Sheet | District Court Civil Case Cover Sheet - Amended | Public |
| 2B3CA24787AC5 | 09/16/2026 10:48 AM | Thomas Anselm Bulger | Silvern & Bulger, P.C. | Krista Rogers | Summons | Summons | Public |
| | | | | | Return of Service | Return of Service of Summons, District Court Civil Cover Sheet and Complaint and Jury Trial Demand on Metropolitan Life Insurance Company on 9/15/2026 | Public |
| N/A (Details) | 09/14/2026 3:40 PM | Thomas Willard Henderson IV | Arapahoe County | N/A | Order | DIVISION 31 ORDER RE: CASE MANAGEMENT MATTERS AND DISCOVERY PROTOCOL | Public |
| N/A (Details) | 09/14/2026 10:40 AM | Thomas Willard Henderson IV | Arapahoe County | N/A | Order - Case Management | Delay Reduction Order | Public |
| DFD10147BF0CC | 09/14/2026 10:00 AM | Thomas Anselm | Silvern & Bulger, P.C. | Krista Rogers | Complaint w/Jury | Complaint and Jury Trial Demand | Public |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| | | Bulger | | | Demand | | |
| | | | | | Civil Case Cover Sheet | District Court Civil Case Cover Sheet | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney/Paraprofessional Name |
|---|---|---|---|
| Krista Rogers | Plaintiff | Active | THOMAS ANSELM BULGER (Silvern & Bulger, P.C.) |
| The Lincoln National Life Insurance Co | Defendant | Active | COREY BENJAMIN HIRSCH (Crowell and Moring LLP) |